JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   E-Mail: Cynthia.Frey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-0583 CRB |
|         Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME BETWEEN JUNE 10, 2009 AND ~~JUNE 24, 2009~~ June 18, 2009 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |
|         v. ) | |
| JOSE FRANCISCO OLMOS-LOPEZ, ) a/k/a JOSE FRANCISCO LOPEZ, ) a/k/a FRANCISCO OLMOS, ) a/k/a ESPITIA NOE HERNANDEZ, ) a/k/a NOE ESPITIA HERNANDEZ, ) a/k/a ARMANDO TELLEZ BARRON, ) | |
|         Defendant. ) | |

    The defendant, Jose Francisco Olmos-Lopez, represented by Shawn Halbert, Assistant Federal Public Defender, and the government, represented by Cynthia M. Frey, Assistant United States Attorney, appeared before this Court on June 10, 2009 for a status conference. This matter was continued to June 24, 2009 for a further status conference.

    The parties agreed that time be excluded under the Speedy Trial Act between June 10, 2009 and June 24, 2009 for purposes of continuity of and effective preparation of counsel, in

//

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
CR No. 09-0583 CRB

order to provide defense counsel with adequate time to review the discovery and consult with the defendant.

In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant, is necessary for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: June 10, 2009          /s/
CYNTHIA M. FREY
Assistant United States Attorney

DATED: June 10, 2009          /s/
SHAWN HALBERT
Attorney for JOSE FRANCISCO OLMOS-LOPEZ

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR No. 09-0583 CRB                    2

This matter has been reassigned to the undersigned and set for a hearing on June 18, 2009.  It is HEREBY ORDERED that,

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between June 10, 2009 and ~~June 24, 2009~~ June 18, 2009 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between June 10, 2009 and ~~June 24, 2009~~ June 18, 2009 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between June 10, 2009 and ~~June 24,~~ June 18, 2009 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: June 12, 2009

~~CHARLES R. BREYER~~
United States District Judge
Jeffrey S. White

STIPULATION AND ~~[PROPOSED]~~ ORDER EXCLUDING TIME
CR No. 09-0583 CRB                    3