BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Jose Francisco Olmos-Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Nos. CR-09-0583 CRB and |
|---|---|---|
| Plaintiff, | ) | CR-06-0310 JSW |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | DATE EXCLUDING TIME UNDER 18 |
| JOSE FRANCISCO OLMOS-LOPEZ, | ) | U.S.C. § 3161 |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties are scheduled to appear before this Court on July 9, 2009 at 2:30 p.m. for status or change of plea.. The parties request additional time to prepare, investigate and negotiate the case. The parties request that the matter be continued to July 30, 2009 at 2:30 p.m.

The parties also agree that the time between July 9, 2009 and July 30, 2009 should be excluded under the Speedy Trial Act. The continuance is necessary for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

STIPULATION AND [PROPOSED] ORDER
CONTINUING STATUS DATE AND
EXCLUDING TIME UNDER 18 U.S.C. § 3161;
CR-09-0583 jsw and CR-06-0310 JSW                - 1 -

SO STIPULATED:

        JOSEPH P. RUSSONIELLO
        United States Attorney

DATED: July 8, 2009              /s/
        CYNTHIA FREY
        Assistant United States Attorney

DATED: July 8, 2009              /s/
        SHAWN HALBERT
        Assistant Federal Public Defender

    For the reasons stated above, the Court finds that the continuance of time for the next hearing before this court from July 9, 2009 to July 30, 2009 is warranted because the failure to grant the requested continuance would deny the parties effective preparation of counsel; thus, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

SO ORDERED.

DATED: July 8, 2009              *Jeffrey S. White*
        THE HONORABLE JEFFREY S. WHITE
        United States District Court

STIPULATION AND [PROPOSED] ORDER
CONTINUING STATUS DATE AND
EXCLUDING TIME UNDER 18 U.S.C. § 3161;
CR-09-0583 jsw and CR-06-0310 JSW     - 2 -